

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00052-CV

**IN RE** Phillip **DANDY**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Luz Elena D. Chapa, Justice
            Irene Rios, Justice
            Liza A. Rodriguez, Justice

Delivered and Filed: May 1, 2019

PETITION FOR WRIT OF MANDAMUS DENIED

On January 29, 2019, relator filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2017-CI-11412, styled *Daniel Uro v. Lyft, Inc. v. Phillip N. Dandy*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Norma Gonzales presiding.